

FILED
CLERK, U.S. DISTRICT COURT

MAR 03 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　　v.<br>　Kevin Hill<br>　　　　Defendant. | ORDER OF DETENTION AFTER HEARING (Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release) Conditions of Release) |

　　On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

　　The court finds no condition or combination of conditions that will reasonably assure:

　　(A)　(✓)　the appearance of defendant as required; and/or

　　(B)　( )　the safety of any person or the community.

//
//

1   The court concludes:

2   A.   ( ) ✓   Defendant poses a risk to the safety of other persons or the community
3   because defendant has not demonstrated by clear and convincing
4   evidence that:

5   _he can abide by court orders_ [handwritten]
6   
7   
8   
9   

10   (B)   ( )   Defendant is a flight risk because defendant has not shown by clear
11   and convincing evidence that:

12   
13   
14   
15   
16   

17   IT IS ORDERED that defendant be detained.

18   
19   DATED: _3/3/08_

20   
21   
22   
23   _____
    STEPHEN J. HILLMAN
24   UNITED STATES MAGISTRATE JUDGE